IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCENT WATSON,<br><br>    Plaintiff,<br><br>    v.<br><br>HUDSON TRANSIT LINES,<br><br>    Defendant. | No. 3:11-CV-1758<br><br>(JUDGE CAPUTO)<br><br>(MAGISTRATE JUDGE BLEWITT) |

## ORDER

**NOW** this 31st day of October, 2011, upon review of Magistrate Judge Blewitt's Report and Recommendation (Doc. 4) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 4) is **ADOPTED.**

(2) The Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. 3) is **GRANTED**.

(3) Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice.**

(4) The Clerk of Court is ordered to mark this matter as **CLOSED.**

                                              /s/ A. Richard Caputo
                                              A. Richard Caputo
                                              United States District Judge