## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

VINCENT WATSON,

    Plaintiff,

        v.

HUDSON TRANSIT LINES,

    Defendant.

No. 3:11-CV-1758

(JUDGE CAPUTO)

(MAGISTRATE JUDGE BLEWITT)

## ORDER

**NOW** this _31st_ day of October, 2011, upon review of Magistrate Judge Blewitt's Report and Recommendation (Doc. 4) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1)    The Report and Recommendation (Doc. 4) is **ADOPTED.**

(2)    The Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. 3) is **GRANTED**.

(3)    Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice.**

(4)    The Clerk of Court is ordered to mark this matter as **CLOSED.**

A. Richard Caputo
United States District Judge